DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7027
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-614 WHO |
| Plaintiff, | STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RAIN OLSON DAUGHERTY, | |
| Defendant. | |

On January 24, 2019, the parties appeared before this Court for a status conference. At that time, defense counsel requested a continuance in order to complete her review of discovery. The matter was scheduled for a further status hearing on February 14, 2019. With the agreement of the parties as explained on the record during the hearing, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from January 24, 2019 to February 14, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agreed to the exclusion of time under the Speedy Trial Act to allow for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the interests of the public

//

//

1   and the defendant in a speedy trial.

2   SO STIPULATED:

3                                                   DAVID L. ANDERSON
                                                    United States Attorney
4

5   DATED: February 4, 2019                         _____/s/_____

6                                                   AJAY KRISHNAMURTHY
                                                    Assistant United States Attorney
7

8   DATED: February 4, 2019                         _____/s/_____

9                                                   ELIZABETH FALK
                                                    Attorney for the Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the reasons stated on the record and in the stipulation of the parties above, the Court hereby FINDS that the exclusion of time from January 24, 2019 to February 14, 2019 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED: February 4, 2019

_____
HON. WILLIAM H. ORRICK
United States District Judge