STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_falk@fd.org

Counsel for Defendant DAUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAIN OLSON DAUGHERTY,<br><br>Defendant. | Case No.: CR 18-614 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

The above titled matter is currently scheduled for sentencing on May 9, 2019. Defense counsel will be in trial May 1st through May 3rd, and therefore needs an additional week to prepare the sentencing memorandum for Mr. Daugherty. The parties and probation officer Brian Casai agree that this date shall be vacated and the matter be placed on calendar for sentencing on May 16, 2019 at 1:30pm.

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| March 5, 2019<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>AJAY KRISHNAMURTHY<br>Assistant United States Attorney |
| March 5, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

March 7, 2019
Dated

WILLIAM ORRICK
United States District Judge